## LOUISVILLE & NASHVILLE R. R. CO. v. DICKSON, ET AL.

(Decided February 8, 1917. 74 South. 1005.)

CERTIORARI to the Court of Appeals.

POWELL & HAMILTON, for appellant. LEADER & EWIN, for appellee.

PER CURIAM.—Petition by the Louisville & Nashville Railroad Company for certiorari to Court of Appeals to review and revise the judgment of said court affirming the appeal of *Louisville & Nashville R. R. Co. v. Dickson, et al.,* 15 Ala. App. 423, 73 South. 750. Writ denied.

---

## McCRORY, ET AL. v. McDONALD.

(Decided February 5, 1917. 74 South. 1005.)

APPEAL from Choctaw Chancery Court.

Heard before Hon. THOMAS H. SMITH.

No counsel marked for appellant. THOMAS F. SEALE, for appellee.

PER CURIAM.—Appeal dismissed.

---

## McCLOUD, ET AL. v. J. F. BALDWIN'S BUILDERS SUPPLY COMPANY.

(Decided April 17, 1917. 74 South. 1005.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

## MACENA, ET AL. v. THE STATE.

(Decided April 5, 1917. 74 South. 1005.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

SILBERMAN & HOSKINS and GIBSON & DAVIS, for appellants. WILLIAM L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.

PER CURIAM.—Dismissed as to Macena because a fugitive from justice. Abated as to Malona because of his death.